PITE DUNCAN, LLP  
STEVEN W. PITE (NV Bar #008226)  
EDDIE R. JIMENEZ (NV Bar #10376)  
4375 Jutland Drive, Suite 200  
P.O. Box 17933  
San Diego, CA 92177-0933  
Telephone: (858) 750-7600  
Facsimile: (619) 590-1385  
E-mail: ecfnvb@piteduncan.com  

ABRAMS & TANKO, LLLP  
MICHELLE L. ABRAMS (NV Bar #005565)  
3085 S. Jones Blvd., Suite C  
Las Vegas, NV 89146  

E-Filed on 3/5/09

Attorneys for   Secured Creditor BANK OF AMERICA MORTGAGE AS SERVICING AGENT FOR BANK OF AMERICA, N.A., its successors and/or assigns

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re | Bankruptcy Case No. BK-S-09-10674-lbr |
|---|---|
| CALVIN L. OLDHAM, | Chapter 13 |
| Debtor(s). | BANK OF AMERICA MORTGAGE AS SERVICING AGENT FOR BANK OF AMERICA, N.A.'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS |

TO:  UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for Bank of America Mortgage as servicing agent for Bank of America, N.A., its successors and/or assigns, hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

1  PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master
2  Mailing List in this case, the following address be used:

EDDIE R. JIMENEZ, ESQ.<br>
PITE DUNCAN, LLP<br>
4375 Jutland Drive, Suite 200<br>
P.O. Box 17933<br>
San Diego, CA 92177-0933

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

    a.    Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

    b.    Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

    c.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    d.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by this party without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: March 5, 2009                  /s/ Eddie R. Jimenez
                                          4375 Jutland Drive, Suite 200
                                          P.O. Box 17933
                                          San Diego, CA 92177-0933
                                          (858) 750-7600
                                          NV Bar #10376
                                          Attorney for BANK OF AMERICA MORTGAGE AS SERVICING AGENT FOR BANK OF AMERICA, N.A., its successors and/or assigns

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

CASE NO. 09-10674-lbr

CERTIFICATE OF SERVICE BY MAIL

I, <u>Jennifer D. Delaney</u>, am a resident of San Diego, California, and I am over the age of eighteen (18) years, and not a party to the within action. My business address 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92117-0933.

I served the attached REQUEST FOR SPECIAL NOTICE by placing a true copy thereof in an envelope addressed to:

SEE ATTACHED SERVICE LIST

which envelope was then sealed and postage fully prepaid thereon, and thereafter on March 5, 2009, deposited in the United States Mail at San Diego, California. There is regular delivery service between the place of mailing and the place so addressed by the United States Mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  <u>March 5, 2009</u>                               /s/ Jennifer D. Delaney

## SERVICE LIST

**DEBTOR(S)**

Calvin L. Oldham
2691 Regency Cove Court
Las Vegas, NV 89121

**DEBTOR(S) ATTORNEY**

David Krieger
Haines & Krieger, LLC
1020 Garces, Ste. 100
Las Vegas, NV 89101

George Haines
Haines & Krieger, LLC
1020 Garces Ave., Ste. 100
Las Vegas, NV 89101

Elizabeth R. DeFlyer
Haines & Krieger
1020 Garces Ave.
Las Vegas, NV 89101

**CHAPTER 13 TRUSTEE**

Rick A. Yarnall
701 Bridger Ave., #820
Las Vegas, NV 89101

**U.S. TRUSTEE**

Chapter 13 Trustee
Department of Justice
300 Las Vegas Boulevard, So.
Suite 4300
Las Vegas, NV 89101